IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CR-00312-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JARDONALD DANTE MOSELY | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se Motion to Terminate

Supervised Release. (Doc. No. 2).

On July 6, 2006, a court in the Western District of Washington sentenced the defendant

to seventy months' incarceration and five years' supervised release for possession of cocaine

base with intent to distribute and possessing a firearm as a felon. (Doc. No. 1: Judgment at 1-3).

According to the defendant , he began his term of supervised release on March 2, 2010.

Title 18, United States Code, Section 3583(e)(1) allows courts to terminate supervised

release after consideration of certain factors in § 3553(a) if warranted by the conduct of the

defendant and the interest of justice. Here, the defendant reports current employment, no

violations of the conditions of his release, and abstention from drug and alcohol use. These

represent productive choices. However, given the defendant's prior criminal history and the

circumstances of the instant drug and firearm offenses, the Court finds that early termination is

not in the interest of justice.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 2), is

**DENIED.**

Signed: September 18, 2013

Robert J. Conrad, Jr.
United States District Judge